AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ for the _____ DISTRICT OF ___Massachusetts___

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

## SUMMONS IN A CIVIL CASE

V.

MARK EQUIPMENT CORPORATION

CASE NUMBER:

**05 10369 JLT**

TO: (Name and address of defendant)

Mr. Stephen O'Duggan
Mark Equipment Corp.
126 Old Page Street
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                FEB 24 2005
CLERK                                        DATE

(BY) DEPUTY CLERK

AO

NA

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

March 8, 2005

I hereby certify and return that on 3/7/2005 at 7:48AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Stephen O'Duggan, President, person in charge at the time of service for Stephen O'Duggan, President, at Mark Equipment Corporation 126 Old Page Street, Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

_____  
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                    _____
                                                    Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.