UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> MARK EQUIPMENT CORPORATION <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-10369 JLT |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant Mark Equipment Corporation in the above-captioned action. Defendant was served with the complaint and summons on March 7, 2005.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: May 4, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff
Charles Langone, Fund Manager

<u>Certificate of Service</u>

  I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Stephen O'Duggan, President, Mark Equipment Corp., 126 Old Page Street, Stoughton, MA 02072.

              <u>/s/ Catherine M. Campbell</u>
              Catherine M. Campbell