**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Charles Langone** | **CIVIL ACTION** |
| **Plaintiff** | |
| | **NO.  05-cv-10369 JLT** |
| **V.** | |
| **Mark Equipment Corporation** | |
| **Defendant** | |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff,  **Charles Langone**  for an order of Default for failure of the Defendant,  **Mark Equipment Corporation**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **11**th Day of  **May, 2005** .

SARAH A. THORNTON
CLERK OF COURT

By:     **/s/ Kimberly M. Abaid**
        **Deputy Clerk**

**Notice mailed to:
Counsel of Record**

**(Default Notice.wpd - 3/7/2005)**