UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER  )
of the NEW ENGLAND TEAMSTERS AND  )
TRUCKING INDUSTRY PENSION FUND    )
                                  )
        Plaintiff,                )
                                  )   C.A. No. 05-10369 JLT
v.                                )
                                  )
MARK EQUIPMENT CORPORATION        )
                                  )
        Defendant,                )
_____)

**PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT**

Plaintiff respectfully moves upon his attached Declaration pursuant to Federal Rule of Civil Procedure 55(b)(1) for entry of judgment by the Clerk in the amount of $40,744.30.  In support of his motion, Plaintiff states as follows:

1.  Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on May 11, 2005.

2.  This is an action under the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq*. for unpaid pension contributions.  Pursuant to ERISA § 515, 29 U.S.C. § 1145, and ERISA § 502, 29 U.S.C. § 1132(g), the following elements of relief are mandatory for failure to make pension contributions:

   (a)  the unpaid contributions,
   (b)  the interest on the unpaid contributions,
   (c)  an amount equal to the greater of--
        (i)   interest on the unpaid contributions, or
        (ii)  liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (a),
   (d)  reasonable attorney's fees and costs of the action, to be paid by the defendant, and
   (e)  such other legal or equitable relief as the court deems appropriate.

3. Defendant in this action became liable for delinquent contributions for the period of July 2004 through present pursuant to submitted remittance reports in the estimated amount of $21,092.50 for Local 379. Delinquent contributions for the period of July 2004 and February 2005 through present pursuant to estimates of remittance reports for a total of $8,879.01 for Local 25. Plaintiff is also entitled to interest in the amount of $637.10, liquidated damages in the amount of $5,994.30, and costs and attorneys fees in the amount of $4,141.39 (Declaration of Damages, Charles Langone, ¶2; Affidavit of Catherine M. Campbell, ¶2). The total amount due is $40,744.30.

4. As the amount of contributions owed is based on unaudited remittance reports, the Fund retains the right, pursuant to its Declaration and Agreement of Trust, to audit the company's payroll records and demand payment for sums due in addition to the amounts stated herein pursuant to the audit.

5. Defendant is neither an infant nor an incompetent person nor in the military service of the United States.

WHEREFORE, Plaintiff's Motion for Entry of a Default Judgment should be granted.

Dated: June 16, 2005

Respectfully submitted,

Catherine M. Campbell, Esquire
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109


/S/ Catherine M. Campbell
Attorney for Plaintiff,
Charles Langone

<u>Certificate of Service</u>

  I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Stephen O'Duggan, President, Mark Equipment Corp., 126 Old Page Street, Stoughton, MA 02072.


Dated:  June 16, 2005          <u>/S/ Catherine M. Campbell</u>
                  Catherine M. Campbell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> MARK EQUIPMENT CORPORATION <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-10369 JLT |

## JUDGMENT

A default has been entered against Mark Equipment Corporation May 11, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $29,971.51 in actual and estimated delinquent contributions for the months of July 2004 through present and July 2004 and February through present, interest in the amount of $637.10, liquidated damages in the sum of $5,994.30, and attorneys' fees and costs in the sum of $4,141.39, and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Mark Equipment Corporation the sum of $40,744.30. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated:_____       _____
                                                                                        Deputy Clerk