UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MARK EQUIPMENT CORPORATION<br><br>Defendant, | C.A. No. 05-10369 JLT |

**AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)**

Catherine M. Campbell deposes and says as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Pension Fund from the Defendant Mark Equipment Corporation has been 16.25 hours. Pursuant to financial arrangements made by this

office with the Fund, services performed by an attorney in this office for the Fund are charged at the rate of $235.00 per hour for Catherine M. Campbell. Accordingly, the amount of legal fees incurred by the Pension Fund as a result of the work performed by this office is $3,818.75. The total amount of costs is $322.64.

    3. The total of attorneys fees and costs incurred by the Pension Fund are $4,141.39.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF JUNE 2005.

    /S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Date: 06/14/2005

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.271 | 02/10/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Preparation of Summons and Complaint; Review of Fund update<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 03/09/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Telephone conference with O'Duggan; Review of contribution calculations; Letter to Fund office<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 03/10/2005 | 7 | A | 1 | 235.00 | 3.00 | 705.00 | Telephone conferences with O'Duggan, Local 25, and Fund office; Memo to file; Recalculation of benefits owed and late charges<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 03/17/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Fund office<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 03/23/2005 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Letter to employer; Telephone conference with sheriff; Research regarding corporate officers<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 05/03/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Review of Fund updates; Calculation of late charges and balances owed; Letter to employer; Preparation of Request for Default<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 05/06/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Mark; Preparation of Notice of Default<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 05/09/2005 | 7 | A | 1 | 235.00 | 3.50 | 822.50 | Telephone conference with Local 379; Letter to same; Preparation of Motion for Default<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 05/11/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to O'Duggan<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 05/19/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to J. Mahoney<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| **Total for Fees** | | | | | Billable | 16.25 | 3818.75 | | |
| **Advances** | | | | | | | | | |
| 200.271 | 02/23/2005 | 7 | A | 114 | | | 250.00 | Filing Fees/ (38) Clerk, US District Court<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 02/23/2005 | 7 | A | 54 | | | 4.88 | Certified Mail Cost - Complaint to Secretary of Labor<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 02/23/2005 | 7 | A | 54 | | | 4.88 | Certified Mail Cost - Complaint to Secretary of Treasury<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 02/23/2005 | 7 | A | 117 | | | 11.50 | Courier/Messenger Service (1115) City Express to US District Court<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| 200.271 | 03/07/2005 | 7 | A | 115 | | | 51.38 | Service of Summons & Complaint: Norfolk County Sheriff's Department<br>New England Teamsters & Trucking Industry<br>Mark Equipment Corp. | ARCH |
| **Total for Advances** | | | | | Billable | 0.00 | 322.64 | | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 16.25 | 4141.39 | | |