UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MARK EQUIPMENT CORPORATION<br><br>Defendant, | C.A. No. 05-10369 JLT |

## JUDGMENT

A default has been entered against Mark Equipment Corporation May 11, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $29,971.51 in actual and estimated delinquent contributions for the months of July 2004 through present and July 2004 and February through present, interest in the amount of $637.10, liquidated damages in the sum of $5,994.30, and attorneys' fees and costs in the sum of $4,141.39, and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Mark Equipment Corporation the sum of $40,744.30. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 7/5/05

_____
Deputy Clerk