UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MARK EQUIPMENT CORPORATION<br><br>Defendant, | C.A. No. 05-10369 JLT |

### AFFIDAVIT OF PLAINTIFF'S ATTORNEY, RENEE J. BUSHEY, IN SUPPORT OF MOTION FOR APPROVAL OF TRUSTEE PROCESS FOR BANK ACCOUNT ATTACHMENT, EX PARTE

I, Renee J. Bushey, am the attorney for Plaintiff in the above entitled matter and say of my own knowledge in support of this motion that:

1. This is a civil action in which a judgment was entered on July 5, 2005.

2. Upon information and belief, there are presently monies or credits due said defendant in the hands and possession of the Rockland Trust, Rockland, MA, trustee.

3. The undersigned certifies that I know of no liability insurance available to satisfy the judgment.

4. An ex parte attachment of the goods, effects or credits in the hands and possession of the trustee is required because there is a clear danger that the defendant, if notified in advance of attachment requested, will remove or conceal the monies now deposited in the named Trustee bank.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21 DAY OF NOVEMBER, 2005.

Renee J. Bushey