# ROCKLAND TRUST

United States District Court
District of Massachusetts
Civil Action No: 05-10369 JLT

*FILED IN CLERK'S OFFICE 2006 MAR 20 P 12: 15 U.S. DISTRICT COURT DISTRICT OF MASS*

Charles Langone, as Fund Manager
Of the New England Teamsters and
Trucking Industry Pension Fund, Plaintiff(s)
    VS.
Mark Equipment Corporation, Defendant(s)

## ANSWER OF ALLEGED TRUSTEE
## ROCKLAND TRUST COMPANY

Now the Rockland Trust Company, summoned as trustee of the defendant, **Mark Equipment Corporation**, in the above-entitled action, appears by Rebecca Kuhn, Deposit Operations Clerk, and makes answer that at the time of service of the Summons to Trustee upon it, it had in its hands the sum of $40,744.30, in the name of **Mark Equipment Corporation,** subject to attachment standing, but had not at said time of service any other goods, effects, or credits, of said defendant in its hands or possession, and of this the said Rebecca Kuhn, Deposit Operations Clerk, submits herself to examination upon her oath.

THE FOREGOING ANSWER IS MADE AND SUBSCRIBED TO UNDER THE PAINS AND PENALTIES OF PERJURY.

Rockland Trust Company,

March 17, 2006,

*Rebecca Kuhn*
Rebecca Kuhn
Deposit Operations Clerk

Cc: Renee J. Bushey, Esq.
   Feinberg, Campbell & Zack, PC
   177 Milk St
   Boston, MA  02109