**NOTARY PUBLIC**
**BONDED**

JEROLD S. LOOMIS
(617) 450-1000
Digital Pager
2006 MAR 22 P 12:22

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.

*ALL STATE CONSTABLES, INC.*
P.O. Box 339
Weymouth, MA 02188
(781) 335-9955 (Telephone)
(781) 335-5119 (Fax)

Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry
Pension Fund v. Mark Equipment Corporation and Rockland Trust
Docket No. C.A. No. 05-10369 JLT

## RETURN OF SERVICE

I did this date, March 14, 2006 at approximately 1:04 p.m., serve a true attested copy of the
following:

- Summons to Trustee

In Hand To:    Beverly Dower, Person in Charge of Special Projects

To Wit:         126 Old Page Street
                Stoughton, MA

Signed under the pains and penalties of perjury this 14th day of March, 2006

Jerold S. Loomis
Constable

**NOTARY PUBLIC**
**BONDED**

JEROLD S. LOOMIS
·N CLERKS OFFICE (617) 436-1000
Digital Pager
2006 MAR 22  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

*ALL STATE CONSTABLES, INC.*
P.O. Box 339
Weymouth, MA  02188
(781) 335-9955 (Telephone)
(781) 335-5119 (Fax)

Charles Langone vs. Mark Equipment Corp. and Rockland Trust
C.A. No.  05-10369 JLT

## RETURN OF SERVICE

I did this date, March 3, 2006 at approximately 12:34 p.m., serve a true attested copy of the following:

- Summons to Trustee

In Hand To:    Jennifer Quigley, Customer Service

To Wit:        288 Union Street
               Rockland, MA 02370

Signed under the pains and penalties of perjury this 3rd  day of March, 2006

Jerold S. Loomis
Constable