UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MARK EQUIPMENT CORPORATION<br><br>Defendant,<br><br>and<br><br>ROCKLAND TRUST<br><br>Trustee | C.A. No. 05-10369 JLT |

## MOTION TO CHARGE TRUSTEE

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and states that the Trustee, Rockland Trust, has filed an Answer stating that at the time of the service of summons, it was holding the sum of $40,744.30.

WHEREFORE, the Plaintiff moves that the Trustee, Rockland Trust, be charged upon its Answer and ordered to turn over the above funds to Plaintiff, the judgment debtor.

Dated: March 24, 2006

Respectfully submitted,
For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Renee J. Bushey
Renee J. Bushey
BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976

<u>Certificate of Service</u>

  I, Renee J. Bushey, hereby certify that I caused a copy of the foregoing to be mailed this date by first-class mail, postage prepaid, to Stephen O'Duggan, President, Mark Equipment Corp., 126 Old Page Street, Stoughton, MA 02072.


Dated: March 24, 2006         /S/ Renee J. Bushey
                 Renee J. Bushey